MEMO ENDORSED

**Steven Banks**
***Corporation Counsel***

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Courtney M. Soliday**
*Special Assistant Corporation Counsel*
Office: (212) 356-8761

September 8, 2026

**VIA ECF**
Hon. Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Re:* *L.D. et al. v. N.Y.C. Dep't of Educ.,* 26-cv-7089(KPF)

Dear Judge Failla:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

I write to respectfully request a (a) 90-day extension of Defendant's time to respond to the Complaint, from September 11, 2026 to December 10, 2026; and (b) a 60-day adjournment of the initial pretrial conference, from November 20, 2026 to January 19, 2027. Plaintiffs consent to this request. This is Defendant's first request for an extension of this deadline. The requested extension will give Defendant's counsel time to complete the City's internal review process, begin settlement negotiations and hopefully resolve this matter without the need for a conference or motion practice. This office has settled the majority of the similar IDEA fees-only cases brought by plaintiffs represented by the Haas firm in recent years without the need to burden the court with any motion practice, and often without the need to attend conferences or to file an Answer. The parties are hopeful that this matter will follow the same course.

Thus, Defendant respectfully requests that it's time to respond to the Complaint be extended to December 10, 2026 and the initial pretrial conference be adjourned to January 19, 2027.

Thank you for considering this request.

Respectfully submitted,

*/s/ Courtney M. Soliday*
Courtney M. Soliday, Esq.
Special Assistant Corporation Counsel

cc: Plaintiffs' Counsel (via ECF)

Application GRANTED. Defendant's time to respond to the complaint is ADJOURNED to on or before **December 10, 2026**, and the initial pretrial conference previously scheduled for November 20, 2026 is ADJOURNED to **January 19, 2027**, at **10:00 a.m.** As before the conference will be telephonic; the dial-in information remains the same.

The Clerk of Court is directed to terminate the pending motion at docket entry 8.

Dated: September 9, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE